**UNITED STATES of America**
**Plaintiff-Appellee**

v.

**Alan D. TURNER Defendant-Appellant**

**No. 16-4516**

United States Court of Appeals, Eighth Circuit.

Submitted December 11, 2017

Filed February 8, 2018

Tiffany Gulley Becker, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Missouri, Saint Louis, MO, Timothy J. Willis, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Missouri, Cape Girardeau, MO, for Plaintiff-Appellee

District of Missouri.

Michael Skrien, Federal Public Defender's Office, Cape Girardeau, MO, for Defendant-Appellant

Alan D. Turner, Pro Se

Before SMITH, Chief Judge, ARNOLD and KELLY, Circuit Judges.

PER CURIAM.

Alan D. Turner appeals a district court[1] order revoking his supervised release. Turner was released from custody before his appeal was submitted to this panel, and he is not subject to a new term of supervised release. We are "without power to decide questions that cannot affect the rights of litigants." North Carolina v. Rice, 404 U.S. 244, 246, 92 S.Ct. 402, 30 L.Ed.2d 413 (1971) (per curiam). Turner has completed his post-revocation sentence, so we can only consider his appeal if there is an ongoing "collateral consequence" of the revocation or incarceration. Spencer v. Kemna, 523 U.S. 1, 7, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998). To maintain his appeal, Turner must show a "concrete and continuing injury other than the now-ended incarceration or parole." Id.

Turner appeals only the revocation of his supervised release. Turner completed his 14-month post-revocation sentence on October 27, 2017. He did not receive a new term of supervised release, and he has not identified any concrete and continuing injury. We therefore conclude that Turner presents no case or controversy for us to resolve, and we dismiss his appeal as moot.